## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| KATHLEEN LAWLOR, | ) CASE NO:   15 B 28574 |
| | ) |
| DEBTOR. | ) HONORABLE JACQUELINE P. COX |
| | ) U.S. BANKRUPTCY JUDGE |

### CERTIFICATE OF SERVICE

I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on March 20, 2017.

/s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone: (312) 527-4000
Fax: (312) 966-8480

18656007.1

## SERVICE LIST

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Captial One/Kohls
PO Box 30281
Salt Lake City, UT 84130-0281

Certified Services
1733 Washington St.
Suite 201
Waukegan, IL 60085-5192

Chase Card Services
PO Box 15298
Wilmington, DE 19850-5298

Citicards CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Daniel Management Group, Inc.
c/o agent Arnold M. Flank
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062-2845

Navient
PO Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions Inc
220 Lasley Ave.
Wilkes-Barre Pa 18706-1430

Nicholas P. Flevaris
6211 W. Eddy St.
Chicago, IL 60634-4124

Nicholas P. Flevaris
6351 W. Montrose, Ste. 220
Chicago, IL 60634-1563

Old Second National Bank
Attn: Bankruptcy Department
37 S. River St.
Aurora, IL 60506-4172

PHH/Mortgage Service Center
PO Box 5452
Mount Laurel, NJ 08054-5452

Peter Flevaris
926 Twilight Lane
Wheeling, IL 60090-5530

Richard Riffner
1592 Hunting Hound Lane
Bartlett, IL 60103-1855

Synchrony Bank/Amazon
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/PPXTRM
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Wal-Mart
Pob 965060
Orlando FL 32896-5060

US Small Business Administration
409 3rd St., SW
Washington, DC 20416-0005

Wells Fargo Home Equity
PO Box 10335
Des Moines, IA 50306-0335

Justin R. Storer
Lakelaw
53 W. Jackson Boulevard
Suite 1610
Chicago, IL 60604-3747

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Kathleen Lawlor
6501 N. Claremont, #2
Chicago, IL 60645-5798

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Robert G. Riffner
1834 Walden Office Square
5th Floor
Schaumburg, IL 60173