# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| KATHLEEN LAWLOR | § | Case No. 15-28574 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 272,500.00                  Assets Exempt: 31,975.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 19,691.08    Claims Discharged
                                               Without Payment: 2,105,462.90

Total Expenses of Administration: 25,308.92

---

3) Total gross receipts of $ 45,288.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 288.34 (see **Exhibit 2**), yielded net receipts of $ 45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 271,536.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,308.92 | 25,308.92 | 25,308.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,832,661.00 | 20,956.98 | 20,956.98 | 19,691.08 |
| TOTAL DISBURSEMENTS | $ 2,104,197.00 | $ 46,265.90 | $ 46,265.90 | $ 45,000.00 |

 4) This case was originally filed under chapter 7 on 08/20/2015 . The case was pending for 24 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2017  By:/s/KAREN R. GOODMAN
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25% shareholder of 51% ownership of 3 companies | 1129-000 | 45,000.00 |
| Other Receipts | 1290-000 | 288.34 |
| **TOTAL GROSS RECEIPTS** | | **$45,288.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the Bankruptcy Court | Non-Estate Funds Paid to Third Parties | 8500-002 | 288.34 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 288.34** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PHH/Mortgage Service Center PO Box 5452 Mount Laurel, NJ 08054 | | 255,838.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Equity PO Box 10335 Des Moines, IA 50306 | | 15,698.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 271,536.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 5,250.00 | 5,250.00 | 5,250.00 |
| Associated Bank | 2600-000 | NA | 299.18 | 299.18 | 299.18 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 10,101.00 | 10,101.00 | 10,101.00 |
| ALAN D. LASKO | 3410-000 | NA | 9,604.10 | 9,604.10 | 9,604.10 |
| ALAN D. LASKO | 3420-000 | NA | 54.64 | 54.64 | 54.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 25,308.92** | **$ 25,308.92** | **$ 25,308.92** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 799982235 | | 17,203.00 | NA | NA | 0.00 |
| | Bank of America PO Box 982235 El Paso, TX 799982235 | | 1,661.00 | NA | NA | 0.00 |
| | Capital One Bank USA NA PO Box 30281 Salt Lake City, UT 84130 | | 4,770.00 | NA | NA | 0.00 |
| | Captial One/Kohls PO Box 30281 Salt Lake City, UT 84130 | | 1,343.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Certified Services<br>1733 Washington St.<br>Suite 201<br>Waukegan, IL 60085 | | 1,184.00 | NA | NA | 0.00 |
| | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850 | | 1,190.00 | NA | NA | 0.00 |
| | Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117 | | 1,456.00 | NA | NA | 0.00 |
| | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459 | | 65.00 | NA | NA | 0.00 |
| | Navient<br>PO Box 9500<br>Wilkes Barre, PA 18773 | | 447.00 | NA | NA | 0.00 |
| | Old Second National Bank<br>Attn: Bankruptcy Department<br>37 S. River St.<br>Aurora, IL 60506 | | 1,800,000.00 | NA | NA | 0.00 |
| | Synchrony Bank/Amazon<br>PO Box 965060<br>Orlando, FL 328965060 | | 205.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Synchrony Bank/PPXTRM PO Box 965060 Orlando, FL 328965060 | | 2,555.00 | NA | NA | 0.00 |
| | Synchrony Bank/Wal-Mart PO Box 965060 Orlando, FL 328965060 | | 582.00 | NA | NA | 0.00 |
| | US Small Business Administration 409 3rd St., SW Washington, DC 20416 | | 0.00 | NA | NA | 0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 4,777.95 | 4,777.95 | 4,489.34 |
| 3 | Capital Recovery V, LLC | 7100-000 | NA | 585.69 | 585.69 | 550.31 |
| 4 | Capital Recovery V, LLC | 7100-000 | NA | 2,587.30 | 2,587.30 | 2,431.01 |
| 5 | Capital Recovery V, LLC | 7100-000 | NA | 212.91 | 212.91 | 200.05 |
| 6 | JOHNSON, WESTRA, BROECKER, ET AL. | 7100-000 | NA | 12,486.25 | 12,486.25 | 11,732.03 |
| 2 | NAVIENT SOLUTIONS INC | 7100-000 | NA | 306.88 | 306.88 | 288.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 1,832,661.00** | **$ 20,956.98** | **$ 20,956.98** | **$ 19,691.08** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28574 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KATHLEEN LAWLOR | | | | Date Filed (f) or Converted (c): | 08/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/06/2015 |
| For Period Ending: | 08/16/2017 | | | | Claims Bar Date: | 01/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1592 Hunting Hound, Bartlett, IL 60103, value of | 272,500.00 | 964.00 | OA | 0.00 | FA |
| 2. Checking account w/ Bank of America, x6533 | 25.00 | 0.00 | | 0.00 | FA |
| 3. Basic household goods, furniture, consumer elect | 1,750.00 | 0.00 | | 0.00 | FA |
| 4. Books, CDs, DVDs, family photos, wall art | 250.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Beaver and fox coat (purchase price $1k), mink s | 500.00 | 0.00 | | 0.00 | FA |
| 7. Treadmill, owned jointly with husband | 50.00 | 0.00 | | 0.00 | FA |
| 8. Term life insurance for which debtor pays direct | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA funded through former employer and direct co | 27,000.00 | 0.00 | | 0.00 | FA |
| 10. Illinois realtor's license | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1999 Honda Accord w/ 107k miles | 1,900.00 | 0.00 | | 0.00 | FA |
| 12. Two dogs | 0.00 | 0.00 | | 0.00 | FA |
| 13. 25% shareholder of 51% ownership of 3 companies | Unknown | Unknown | | 45,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $304,475.00 | $964.00 | | $45,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7/1/16: Collect proceeds of sale of 3 entitles in which Debtor had interest from purchasers pursuant to Order Approving Sale entered by Court; review claims; prepare final tax returns.

Initial Projected Date of Final Report (TFR): 06/30/2017      Current Projected Date of Final Report (TFR): 06/30/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-28574 | Trustee Name: KAREN R. GOODMAN |
| Case Name: KATHLEEN LAWLOR | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3318 |
| | Checking |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 08/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | 13 | The Riffner Law Firm | Sale of Debtor's interest in 3 car wash entities per Court Order dated 6/22/16 Check is issued by purchaser's attorney. | 1129-000 | $45,000.00 | | $45,000.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.52 | $44,965.48 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.84 | $44,898.64 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.60 | $44,834.04 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.66 | $44,767.38 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.56 | $44,700.82 |
| 04/24/17 | 101 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated April 20, 2017 | 3410-000 | | $9,604.00 | $35,096.82 |
| 04/25/17 | 101 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated April 20, 2017 Reversal Incorrect amount - check not yet sent | 3410-000 | | ($9,604.00) | $44,700.82 |
| 04/25/17 | 102 | Alan D. Lasko 205 West Randolph Street, Suite 1150 Chicago, Illinois 60606 | Expenses to Accountant for Trustee per Court Order dated April 20, 2017 | 3420-000 | | $54.64 | $44,646.18 |
| 04/25/17 | 103 | KAREN R. GOODMAN Taft Stettinius & Hollister LLP 111 East Wacker Drive Suite 2800 Chicago, IL 60601 | Compensation to Trustee per Court Order dated April 20, 2017 | 2100-000 | | $5,250.00 | $39,396.18 |

Page Subtotals: $45,000.00 $5,603.82

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-28574 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | KATHLEEN LAWLOR | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3318 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3505 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 08/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/17 | 104 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Compensation to Counsel for Trustee per Court Order of April 20, 2017 | 3110-000 | | $10,101.00 | $29,295.18 |
| 04/25/17 | 105 | Capital One Bank (USA) N. A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | First and Final Distribution for Claim No. 1 per court Order dated April 20, 2017 | 7100-000 | | $4,489.34 | $24,805.84 |
| 04/25/17 | 106 | NAVIENT SOLUTIONS INC<br>220 LASLEY AVE.<br>WILKES-BARRE PA. 18706 | First and Final Distribution for Claim No. 2 per court Order dated April 20, 2017 | 7100-000 | | $288.34 | $24,517.50 |
| 04/25/17 | 107 | Alan D. Lasko<br>205 West Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Fees to Accountant for Trustee per Court Order dated April 20, 2017 | 3410-000 | | $9,604.10 | $14,913.40 |
| 04/25/17 | 108 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | First and Final Distribution for Claim No. 3 per court Order dated April 20, 2017 | 7100-000 | | $550.31 | $14,363.09 |
| 04/25/17 | 109 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | First and Final Distribution for Claim No. 4 per court Order dated April 20, 2017 | 7100-000 | | $2,431.01 | $11,932.08 |
| 04/25/17 | 110 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | First and Final Distribution for Claim No. 5 per court Order dated April 20, 2017 | 7100-000 | | $200.05 | $11,732.03 |
| 04/25/17 | 111 | JOHNSON, WESTRA, BROECKER, ET AL.<br>370 S. SCHMALE ROAD<br>CAROL STREAM, IL 60188 | First and Final Distribution for Claim No. 6 per court Order dated April 20, 2017 | 7100-000 | | $11,732.03 | $0.00 |
| 05/31/17 | | Navient<br>220 Lasley Avenue<br>Wilkes-Barre, PA 18706 | Return of distribution check-- loan not serviced by Navient despite claim filed by Navient | 1290-000 | $288.34 | | $288.34 |
| 06/08/17 | 112 | Clerk of the Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, Illinois 60604 | Deposit of Unclaimed Funds Navient refunded check for Claim No. 2 | 8500-002 | | $288.34 | $0.00 |

Page Subtotals: $288.34  $39,684.52

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $45,288.34 | $45,288.34 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,288.34 | $45,288.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,288.34 | $45,288.34 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-28574 | Trustee Name: KAREN R. GOODMAN | |
| Case Name: KATHLEEN LAWLOR | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 08/16/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3318 - Checking | $45,288.34 | $45,288.34 | $0.00 |
| XXXXXX66   - Checking Account | $0.00 | $0.00 | $0.00 |
|  | $45,288.34 | $45,288.34 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $45,288.34 |
| Total Gross Receipts: | $45,288.34 |

Page Subtotals:                                            $0.00           $0.00